ROBERT E. STILES, as Administrator of the Estate of
JOHN STILES, Deceased, Appellant, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Respondent.

*Stiles* v. *N. Y. C. & H. R. R. R. Co.*, 142 App. Div. 923, appeal
dismissed.
(Argued January 16, 1913; decided February 4, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
February 11, 1911, which affirmed an order of Special
Term denying a motion to set aside a verdict theretofore
rendered in favor of defendant, and for a new trial, in an
action to recover for the death of plaintiff's intestate

alleged to have been occasioned by the negligence of defendant.

*Charles H. Knipp* and *D. C. Robinson* for appellant.

*Alexander D. Falck* and *John B. Stanchfield* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and HOGAN, JJ.   Not sitting: COLLIN, J.